# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MILTON GREEN )<br>)<br>)<br>    Plaintiff(s), )<br>)<br>    vs. )<br>CITY OF ST. LOUIS, MISSOURI, et al. )<br>)<br>)<br>    Defendant(s). ) | Case No. 4:19-cv-01711 |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Plaintiff Milton Green  hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

         a.      Its parent companies or corporations (if none, state "none"):

                 None

         b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

                 None

         c.      Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

                 None

2.      If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

         /s/ Javad Khazaeli
         Signature (Counsel for Plaintiff/Defendant)
         Print Name: Javad Khazaeli, #53735MO
         Address: 911 Washington Ave Ste. 211
         City/State/Zip: St. Louis, MO 63101
         Phone: 314-288-0777

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: June 17, 2019.

         /s/ Javad Khazaeli
         Signature