

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
DIVISION OF WORKERS' COMPENSATION
P.O. Box 58
Jefferson City, MO 65102-0058

## CLAIM FOR COMPENSATION

DIVISION INJURY NUMBER (If known): 17-043628

NOTE: This form must be completed in its entirety and must be typed or hand printed in **black ink**.

SUBMIT AN ORIGINAL AND THREE COPIES.

Please read instructions before completing this form.

[X] ORIGINAL CLAIM   [ ] AMENDED CLAIM   [ ] SECOND INJURY FUND ONLY

ITEM NUMBER(S) AMENDED:

### EMPLOYEE INFORMATION

1. INJURED EMPLOYEE'S NAME
   - LAST: Green
   - FIRST: Milton
   - INITIAL OR MIDDLE NAME:
1A. MAILING ADDRESS (ALSO INCLUDE STREET ADDRESS): [redacted]
1B. CITY: St. Louis
1C. STATE: MO
1D. ZIP CODE: 63138
2. SOCIAL SECURITY NO.: [redacted]
3. DATE OF ACCIDENT OR OCCUPATIONAL DISEASE: 6/21/17
4. AVERAGE WEEKLY WAGE: $1300.00
5. TIME OF ACCIDENT: [ ] A.M.  [ ] P.M.
6. PLACE OF ACCIDENT (City, County, State, Zip): St. Louis, MO
7. PART(S) OF BODY INJURED: Psychiatric/psychological injury, right arm, right upper extremity
8. DESCRIBE WHAT THE EMPLOYEE WAS DOING AND HOW THE INJURY OCCURRED.
   Employee was shot by another police officer and was injured

### EMPLOYER INFORMATION -- If additional employers need to be listed or if you need more space, attach additional sheets.

9. EMPLOYER(S) AGAINST WHOM THIS CLAIM IS FILED. THIS IS THE EMPLOYER IN WHOSE EMPLOYMENT THE INJURY OR OCCUPATIONAL DISEASE OCCURRED. FOR SECOND JOB WAGE LOSS BENEFITS LIST EMPLOYER SEPARATELY IN BOX 10.

EMPLOYER A: City of St. Louis
MAILING ADDRESS: 1200 Market Street, Room 314
CITY: St. Louis   STATE: MO   ZIP CODE: 63103-2805

EMPLOYER B:
MAILING ADDRESS:
CITY:   STATE:   ZIP CODE:

EMPLOYER C:
MAILING ADDRESS:
CITY:   STATE:   ZIP CODE:

10. ADDITIONAL STATEMENTS

Employee is entitled to medical care related to the injury of 6/21/17

Employee is in need of and entitled to additional medical treatment for the injury of 6/21/17

Employee has suffered enhanced disability above and beyond the standard PPD due to the synergistic effects of his combined injuries

DIVISION USE ONLY

REC'D DWC SL   APR - 1 2019

DATE STAMP

BE SURE TO COMPLETE NEXT PAGE.

WC-21 (03-04) AI

**SECOND INJURY FUND CLAIM:** IF YOU ARE NOT FILING A CLAIM AGAINST THE SECOND INJURY FUND, PLEASE PROCEED TO BOX 13.

11. ONLY CHECK APPROPRIATE BOX(ES) IF YOU ARE FILING A CLAIM AGAINST THE SECOND INJURY FUND FOR ANY OF THE FOLLOWING:

☐ PERMANENT PARTIAL DISABILITY   ☐ UNINSURED EMPLOYER – MEDICAL AID/DEATH BENEFITS
☐ PERMANENT TOTAL DISABILITY     ☐ SECOND JOB WAGE LOSS

11A. IF YOU ARE FILING A CLAIM AGAINST THE SECOND INJURY FUND BASED UPON A PRE-EXISTING DISABILITY, YOU NEED TO PROVIDE THE FOLLOWING INFORMATION, IF AVAILABLE:

| DATE OF PREVIOUS INJURY/DISEASE | PART(S) OF BODY AFFECTED BY PREVIOUS INJURY/DISEASE |
|---|---|
| | |
| | |
| | |
| | |

**SECOND JOB WAGE LOSS:**

12. IF YOU ARE FILING A CLAIM AGAINST THE SECOND INJURY FUND FOR SECOND JOB WAGE LOSS, PLEASE PROVIDE THE EMPLOYER NAME, MAILING ADDRESS, CITY, STATE, ZIP CODE, AND COUNTY FOR SECOND JOB WAGE LOSS IN BOX 10.

13. DID INJURY RESULT IN DEATH? ☐ YES ☒ NO   13A. DATE OF DEATH ___/___/___

IF DEATH OCCURRED, EMPLOYEE'S DEPENDENTS (SPOUSE, MINOR CHILDREN, OTHER PERSONS DEPENDENT ON EMPLOYEE).

IF YOU NEED TO LIST DEPENDENTS IN ADDITION TO THESE LISTED BELOW, PLEASE ATTACH A SEPARATE SHEET.

| 14. NAME | DATE OF BIRTH | RELATIONSHIP | | |
|---|---|---|---|---|
| MAILING ADDRESS | CITY | | STATE | ZIP CODE |
| 14A. NAME | DATE OF BIRTH | RELATIONSHIP | | |
| MAILING ADDRESS | CITY | | STATE | ZIP CODE |
| 14B. NAME | DATE OF BIRTH | RELATIONSHIP | | |
| MAILING ADDRESS | CITY | | STATE | ZIP CODE |

CLAIM IS HEREBY MADE FOR ALL COMPENSATION AS PROVIDED IN THE MISSOURI WORKERS' COMPENSATION LAW, RELATING TO INJURY (OR DEATH) OF THE EMPLOYEE BY ACCIDENT ARISING OUT OF AND IN THE COURSE OF THE EMPLOYMENT.

| 15. INJURED EMPLOYEE OR CLAIMANT'S SIGNATURE *Milton Green by* | 16. EMPLOYEE/CLAIMANT TELEPHONE NO. | 17. DATE 3/27/19 | |
|---|---|---|---|
| 18. ATTORNEY SIGNATURE *Ellen Morgan* | 18A. ATTORNEY NAME (type or print) Ellen E. Morgan | | 18B. BAR NUMBER 32218 |
| 19. ATTORNEY PHONE NUMBER 314-918-7888 | 19A. ATTORNEY FAX NUMBER 314-918-8010 | 19B. ATTORNEY E-MAIL ADDRESS (optional) ellen@ellenmorgan.com | |
| 20. ATTORNEY MAILING ADDRESS 9804 Manchester, Suite D | 20A. CITY St Louis | 20B. STATE MO | 20C. ZIP CODE 63119 |

LINES 15 & 18 MUST BE SIGNED IN BLACK INK – NOT TYPED.

WC-21-2 (03-04) AI



| MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS DIVISION OF WORKERS' COMPENSATION  P.O. BOX 58  ANSWER TO CLAIM FOR COMPENSATION   JEFFERSON CITY  MISSOURI 65102-0058 | Injury Number  17-043628  **DO NOT FILL IN** |
|---|---|

**NOTE:** To be sent to the Division at Jefferson City, Missouri, within thirty (30) days of receipt of copy of claim for compensation. Send one copy for the Division, one copy for each claimant, and one copy for each claimant's attorney.

Rec. Ack. Form >
County >
Place of Hearing >
Checked By >

### STATE FACTS AND NOT CONCLUSIONS

**1. Claimant**
MILTON GREEN

Social Security No.

**Address**

State: MO    Zip Code: 63138

**2. Name of Employer**
CITY OF ST. LOUIS

Address: 1200 MARKET ST

State: MO    Zip Code: 63103

**3. Name of Insurer**
SELF-INSURED- CCMSI, TPA

Address: 133 S. 11TH ST., STE. 430, ST. LOUIS

State: MO    Zip Code: 63102

**4. Injured Employee**
MILTON GREEN

**5. Date of Accident**
6/21/17

Place (City): ST. LOUIS

State: MO    Zip Code: 63102

**7. All of the statements in the Claim for Compensation are admitted except the following:**
Here should be separately set forth the question number of each disputed statement in the Claim for Compensation, the reason why disputed, and the facts in regard thereto. Also any other facts tending to defeat the claim.

Comes now employer and self-insurer and for its answer to Claim for Compensation, admit the employment, that the parties were working under and subject to the Missouri Workers' Compensation Law, that the employee sustained an accidental injury.

For further Answer to Claim for Compensation, employer and self-insurer deny each and every other allegation contained in said claim for compensation

**19. Dated**
4/16/19

**20. Employer's Signature**

**21. By**
THOMAS GOEDDEL

**22. Insurer's Signature**

**23. By**

**24. Attorney Signature** /s/ Todd

**25. Bar Number**
42520

**26. Telephone Number**
314-622-4708

**27. Fax Number**
314-231-7041

**28. Attorney Address**
133 S. 11TH STREET, STE. 430

**29. City**
ST. LOUIS

**30. State**
MO

**31. Zip Code**
63102

*If additional space is needed, use reverse side.*

WC-22 (12-00) AI