UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MILTON GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19 CV 1711 DDN |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, and ) | |
| OFFICER CHRISTOPHER TANNER, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

**SECOND AMENDED CASE MANAGEMENT ORDER**

**IT IS HEREBY ORDERED** that the joint motion to amend the Case Management Order (Doc. 44) is sustained as follows.

**I.  SCHEDULING PLAN**

1. This case has been assigned to Track 2 (Standard).

2. **DISCLOSURE AND DISCOVERY.** Disclosure and discovery must proceed in the following manner:

   (a) **PLAINTIFF EXPERTS.** Plaintiff must disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **May 21, 2021**, and have such expert witnesses available for deposition no later than **June 18, 2021**.

   (b) **DEFENDANT EXPERTS.** Defendant must disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **July 23, 2021**, and have such expert witnesses available for deposition no later than **August 20, 2021**.

   **PLAINTIFF REBUTTAL EXPERTS.** Plaintiff must disclose all rebuttal expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **September 17, 2021**, and have such expert witnesses available for deposition no later than **October 8, 2021**.

>> **DEFENDANT REBUTTAL EXPERTS.** Defendant must disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **November 12, 2021**, and have such expert witnesses available for deposition no later than **December 10, 2021**.

> (c) **RULE 35 EXAMS**. Requests for physical or mental examinations of the parties pursuant to Rule 35 Fed.R.Civ.P. be made no later than **March 26, 2021** and be completed no later than **April 23, 2021**.

> (d) **DISCOVERY COMPLETION.** The parties must complete all non-expert discovery in this case from parties and non-parties no later than **October 8, 2021**.

3. **ADR. THIS CASE IS HEREBY REFERRED** to alternative dispute resolution (ADR) as of this date. The ADR reference shall terminate on **April 30, 2021.**

4. **DISPOSITIVE MOTIONS AND EXPERT OPINION MOTIONS.** Any motion(s) to dismiss, for summary judgment, or for judgment on the pleadings, and any expert opinion motion(s) must be filed no later than **October 29, 2021.** Opposition briefs must be filed no later than **December 1, 2021**, and any reply brief may be filed no later than **December 15, 2021**. **The parties must submit a courtesy paper copy of their motions, memoranda, and exhibits directly to chambers. A hearing on any then pending motion, including any dispositive and expert opinion motion(s)** is hereby set for **December 22, 2021**, at **10:00 a.m.**

5. **FINAL PRETRIAL CONFERENCE.** The final pretrial conference is set for **April 15, 2022, at 10:00 a.m.**

6. **TRIAL DATE.** This case is set for a **JURY TRIAL** on **April 25, 2022**, at **9:00 a.m.** Trial is expected to last 4-5 days.

7. Failure to comply with any part of this order may result in the imposition of sanctions.

>> /s/ David D. Noce
>> **UNITED STATES MAGISTRATE JUDGE**

Signed on November 2, 2020.