UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MILTON GREEN, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) )  No. 4:19 CV 1711 DDN |
| CITY OF ST. LOUIS, MISSOURI, and OFFICER CHRISTOPHER TANNER, in his individual capacity, | ) ) ) ) |
|     Defendants. | ) ) |

## THIRD AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED** that the joint motion to amend the Case Management Order (Doc. 51) is sustained as follows.

### I.  SCHEDULING PLAN

1. This case has been assigned to Track 2 (Standard).

2. **DISCLOSURE AND DISCOVERY.**  Disclosure and discovery must proceed in the following manner:

    (a) **PLAINTIFF EXPERTS.**  Plaintiff must disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **July 23, 2021**, and have such expert witnesses available for deposition no later than **August 20, 2021**.

    (b) **DEFENDANT EXPERTS.**  Defendant must disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **September 17, 2021**, and have such expert witnesses available for deposition no later than **October 8, 2021**.

    (c) **DISCOVERY COMPLETION.**  The parties must complete all non-expert discovery in this case from parties and non-parties no later than **October 8, 2021**.

3. **ADR. THIS CASE IS HEREBY REFERRED** to alternative dispute resolution (ADR) as of this date.  The ADR reference shall terminate on **June 11, 2021.**

4. **DISPOSITIVE MOTIONS AND EXPERT OPINION MOTIONS.**  Any motion(s) to dismiss, for summary judgment, or for judgment on the pleadings, and any expert opinion motion(s) must be filed no later than **October 29, 2021.**  Opposition briefs must be filed no later than **December 1, 2021**, and any reply brief may be filed no later than **December 15, 2021**.  **The parties must submit a courtesy paper copy of their motions, memoranda, and exhibits directly to chambers.  A hearing on any then pending motion, including any dispositive and expert opinion motion(s)** is hereby set for **December 22, 2021**, at **10:00 a.m.**

5. **FINAL PRETRIAL CONFERENCE.**  The final pretrial conference is set for **April 15, 2022, at 10:00 a.m.**

6. **TRIAL DATE.**  This case is set for a **JURY TRIAL** on **April 25, 2022**, at **9:00 a.m.**  Trial is expected to last 4-5 days.

7. Failure to comply with any part of this order may result in the imposition of sanctions.

        /s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 3, 2021.