**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MILTON GREEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:19-cv-1711-DDN** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF ST. LOUIS** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants City of St. Louis ("City") and Christopher Tanner
("Tanner") (collectively "Defendants"), by and through their attorney Sheena Hamilton,
City Counselor for the City of St. Louis, and pursuant to Rule 56 of the Federal Rules of
Civil Procedure, hereby move for summary judgment. In support thereof, the following
statements are made:

1.      Detective Tanner's use of force was objectively reasonable because he and
probable cause to believe Green posed a threat of serious physical harm.

2.      Detective Tanner is entitled to qualified immunity from Counts I and II
because his conduct comported with and did not violate clearly established law.

3.      Plaintiff cannot establish his § 1983 claim for municipal liability (Count
III).

4.      Plaintiff's state law claims against Detective Tanner (Counts IV and V)
are barred by official immunity.

5.      Plaintiff cannot establish his claim for negligent infliction of emotional
distress (Count V).

6.      Plaintiff's state law claims (Counts IV and V) are barred because worker's compensation is Plaintiff's exclusive state law remedy and because Tanner is statutorily immune.

7.      Plaintiffs' state law claims against City (Counts IV through V) are barred by sovereign immunity.

8.      A memorandum of law in support of this motion is filed herewith and incorporated herein by reference.

WHEREFORE, for all of the reasons set forth above, Defendants respectfully requests that this honorable Court grant summary judgment in favor of Defendants and against Plaintiff.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

/s/ Andrew D. Wheaton
Andrew D. Wheaton   #65269 MO
Deputy City Counselor
Attorney for Defendants
City Hall, Room 314,
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
wheatona@stlouis-mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Andrew D. Wheaton